**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

FERNANDO MONTOYA,

Civil No. 25-15 (JRT/ECW)

Petitioner,

v.

**ORDER ADOPTING REPORT**
B. EISCHEN, Warden,                                          **AND RECOMMENDATION**

Respondent.

Robert H. Meyers, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for Petitioner; and

Trevor Brown, **U.S. ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondent.

A Report and Recommendation (R&R) was issued by United States Magistrate Judge Elizabeth Cowan Wright dated March 31, 2026. (Docket No. 37.) No objections to the Report and Recommendation have been received, and the Petitioner has indicated that he does not intend to object. Therefore, the Court will adopt the Report and Recommendation. Accordingly, based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. [37]) is **ADOPTED**;

2. Petitioner Fernando Montoya's Petition for a Writ of Habeas Corpus (Docket No. [1]) is **DENIED**; and

3. This action is **DISMISSED without prejudice**.

-2-

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: May 26, 2026                                  _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                    United States District Judge